

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/26/2015 2:47:40 PM
CHRISTOPHER A. PRINE
Clerk

March 10, 2015

VICTORIA ERTESOGLOU
ATTORNEY OF RECORD
6525 WASHINGTON AVENUE
HOUSTON, TX 77007

Defendant's Name: LANIS RAY HITT

Cause No: 1973657

Court: CRIMINAL COUNTY COURT AT LAW #14

Please note the following appeal updates on the above mentioned cause

**Notice of Appeal Filed Date:** 03/04/15
**Sentence Imposed Date:** 02/03/15
**Court of Appeals Assignment:** Fourteenth Court of Appeals
**Appeal Attorney of Record:** VICTORIA ERTESOGLOU

Sincerely,

S NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

SERENA PACE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CAUSE NO. 1973657

| STATE OF TEXAS | § | IN THE COUNTY |
| V. | § | COURT AT LAW NO. 14 |
| LANIS RAY HITT | § | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT

Today, the 4th of March, 2015, the defendant gives Notice of Appeal of his conviction in the aforementioned cause

Defendant also asks the court to set bail. Defendant respectfully requests a personal bond be set

*Lanis Hitt w/permission V.E.*
Defendant

Respectfully submitted,

Victoria Erfesoglou
SBN 24076370
6525 Washington Avenue
Houston, Texas 77007
Tel (713) 252-4738
Fax (832) 201-8225

**Counsel for Defendant**

## CAUSE NO. 1973657

| STATE OF TEXAS | § | IN THE COUNTY |
|---|---|---|
| | § | |
| V. | § | COURT AT LAW NO. 14 |
| | § | |
| LANIS RAY HITT | § | HARRIS COUNTY, TEXAS |

### ORDER

✓ Bail is set at $ 3000⁰⁰

___ Bail is to continue as presently set

Signed on  MAR 0 6 2015  _____

_____

Judge Presiding

Ordered to have SCRAM

- Interlock in car
- Drug Patch
- No Alch/cs

CAUSE NO. 1973657

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| | § | COURT AT LAW NUMBER 014 |
| vs. Lanis Ray Hitt | § | |
| | § | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case

☑ is not a plea-bargain case, and the defendant has the right of appeal [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal [*or*]

☐ the defendant has waived the right of appeal

_____
Judge Presiding

**MAR 0 6 2015**
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

x _____
Defendant

14902 Cactus Wren
_____
Mailing address  Tomball, TX 77377

713.294.3121
_____
Telephone number

_____
Fax number (if any)

_____ Clinton B Portis
Defendant's Counsel

24068259
_____
State Bar of Texas ID Number

1302 Waugh Dr. #492
_____
Mailing address

281-407-6244
_____
Telephone number

_____
Fax number (if any)

**FILED**
Chris Daniel
District Clerk
MAR 06 2015
Time: _____
Harris County, Texas
By _____

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant a defendant may appeal only (A) those matters that were raised by written motion filed and ruled on before trial or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25 2(a)(2)

CCL Form 22                                                                 12-04-2012

14th

# APPEAL CARD

4-4-15

Court **014**

Cause No. **1973657**

**The State of Texas**

**Lanis Ray Hitt**
Vs

Date Notice
Of Appeal: **March 4, 2015** 2-3-15

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding **Michael R. Fields**
Court Reporter **Serena Pace**
Court Reporter_____
Court Reporter_____

Attorney
on Trail **Clinton Portis**

Attorney
on Appeal **Victoria Erfesoglou**

Appointed_____ Hired **✓**

Offense **DWI 1st offender BAC .08**

Jury Trail: Yes **✓** No_____

Punishment
Assessed **180 days HCJ / 1 year probated
$750 Fine**

Companion Cases
(If Known)_____

Amount of **$2000.00**
Appeal Bond

Appellant
Confined: Yes_____ No **✓**

Date Submitted
To Appeal Section **3|9|15**

Deputy Clerk **A. Vazquez**

Notice of Appeal Card Rev. 9/83

22|997